JAMES A. McDEVITT
United States Attorney
300 U.S. Courthouse
920 West Riverside
Spokane, Washington 99201-1008
Telephone: (509) 353-2767

KARI D. LARSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6572

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OFELIA CARRASCO,<br><br>        Plaintiff<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil No. 06-3084-LRS<br><br>ORDER GRANTING UNITED STATES' MOTION FOR SUMMARY JUDGMENT |

    Before the Court is the United States' motion for summary judgment (the United States' motion). Upon consideration of Defendant's motion, the memorandum, statement of facts, declaration, and exhibits filed in support thereof, plaintiff's response, and the record in this case, it is hereby

    ORDERED that the United States' motion is GRANTED as to plaintiff's claims regarding the tax year ending December 31, 2000.

    It is further ORDERED that the United States' motion is GRANTED as to any claims made by plaintiff regarding the tax year ending December 31, 1999, for payments made prior to March 24, 2002.

Order Granting US'
Motion for Summary Judgment- 1

2900953.1

1   IT IS SO ORDERED.  The Clerk is directed to send copies of this Order to
2   counsel and to plaintiff, and to enter judgment accordingly.
3   DATED this 8th day of January, 2008.

                                            s/Lonny R. Suko
                                    _____
                                    UNITED STATES DISTRICT JUDGE

Order Granting US'
Motion for Summary Judgment- 2                                          2900953.1