AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

OFELIA CARRASCO,
        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

UNITED STATES OF AMERICA,
        Defendant.

CASE NUMBER: CV-06-3084-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the United States as to Plaintiff's claims regarding the tax year ending December 31, 2000 and any claims made by Plaintiff regarding the tax year ending December 31, 1999, for payments made prior to March 24, 2002.

| | |
|---|---|
| January 8, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |